IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ADAM L. UMPEROVITCH,**

**Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,**
**PURDUE PHARMA L.P.,**
**PURDUE PHARMA, INC.,**
**PURDUE FREDERICK COMPANY,**
**P. F. LABORATORIES, INC., and**
**MALLINCKRODT INC.,**

**Defendants.**                                              No. 05-CV-0697-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 30). Based on the parties' stipulation, the Court **DISMISSES with prejudice** this case. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of January, 2007.

/s/      David   RHerndon
**United States District Judge**